UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
            v.              )
                            )
RAFAEL CARDONA, SR.         )       Criminal No. 17-cr-30022-TSH
                            )
        Defendant           )
                            )
_____

## ORDER ON APPEAL

September 24, 2019

Introduction

The Defendant Rafael Cardona, Sr. ("Cardona, Sr.") and others have been charged in a narcotics distribution conspiracy. The Defendant is charged in Counts I and II of the Superseding Indictment with conspiracy to distribute and possess with intent to distribute heroin, and conspiracy to distribute and possess with intent to distribute cocaine. A detention hearing was held before Magistrate Judge Robertson on May 28, 2018. On May 30, 2018 she issued an order detaining Mr. Cardona Sr. after finding that there was a rebuttable presumption that no condition or combination of conditions would reasonably assure Mr. Cardona Sr.'s appearance, and that the safety of the community was compromised.

In support of her finding that Mr. Cardona, Sr., was a risk to the community, she cited prior convictions for possession with intent to distribute narcotics; that he has a history of violence; and a prior involvement with firearms. Mr. Cardona, Sr. has prior convictions for assault and battery on a police officer, assault with a dangerous weapon, and assault and battery to collect a

debt. In 2000, he was convicted in federal court for transferring a firearm to a convicted felon. At Mr. Cardona Sr.'s detention hearing before Judge Robertson the government put into evidence telephone intercepts from which the court inferred that in 2016 the defendant was directly involved in supplying a gun to David Cruz, also a co-conspirator, and co-defendant in this case.

## Discussion

I find that the evidence against the Defendant is strong and that the government has produced clear and convincing evidence that the Defendant poses a risk to the community. He has a long history of drug trafficking convictions, and the evidence is strong that he was importing heroin from Mexico and cocaine from Puerto Rico. Further, the Defendant was instrumental in supplying a gun to a co-defendant in this case. The Defendant's prior convictions are also significant. He was convicted in 2000 for transferring an AK-47 to a known felon and sentenced to 108 months in prison.

The Defendant's brother has offered to pledge his residence as security for the Defendants appearance at trial. However, the Defendant faces a minimum mandatory sentence of 10 years which is a significant incentive to flee. Mr. Cardona, Sr. has significant ties to Puerto Rico, has visited there within a year of his arrest, has siblings and extended family there, has no job, appears to be estranged from his wife, and he is 60 years old. Accordingly, I find by clear and convincing evidence that Defendant has failed to rebut the presumption that no conditions would reasonably assure his appearance or assure safety of the community.

## Conclusion

The Defendant Rafael Cardona, Sr., Motion to Revoke Order of Pre-Trial Detention (Document # 192) is denied.

/ *Timothy S. Hillman*
**TIMOTHY S. HILLMAN**
**DISTRICT JUDGE**